```
                                                    Filed
                                                    D.C. Superior Court
                                                    09/14/2022 15:19PM
                                                    Clerk of the Court
```

# Court Services and Offender Supervision Agency for the District of Columbia

*Office of Community Supervision & Intervention Services*

## Alleged Violation(s) Report

Sep 14, 2022

| | |
|---|---|
| **To:** | The Honorable Sean Staples<br>Superior Court for the District of Columbia<br>500 Indiana Ave. NW<br>Washington, DC 20001 |
| **From:** | Nina Fort<br>Community Supervision Officer |
| **Unit:** | Interstate Out - Team 55 |
| **Subject:** | Non-Compliance with Probation |
| **Docket:** | 2021-CF2-002147 |
| **Offender:** | Antoine Thomas Scott |
| **Address:** | 5795 TACOMA RD A<br>COLUMBUS OH 43229 |
| **FEDREG #:** | 32227007 |
| **FBI #:** | 465410JB4 |
| **DCDC #:** | 289166 |
| **PDID #:** | 489805 |
| **CSOSA #:** | 119162 |
| **Supervision Level:** | Medium |
| **Action Recommended:** | Show Cause Hearing: Re-entry and Sanctions Center |



Photo Date: Dec 2, 2021

*Court Services and Offender Supervision Agency*   *Scott, Antoine*   *Page 2 of 5*

## SENTENCING INFORMATION:

On December 1, 2021, Mr. Antoine Scott was convicted of Count 1: Carrying a Pistol Without a License-Outside Home or Business and was sentenced to 90 days incarceration, ESS as to all, supervised probation for 12 months, and pay $50.00 to the VVC by March 1, 2022. In addition, the following special conditions were imposed: Traffic Alcohol Program, once completed probation can be converted to unsupervised.

## ALLEGED VIOLATION(S) AND SANCTION(S):

***Alleged Violation #1: Failed to Report for Supervision as Directed***
"On September 9, 2022, Ohio Probation informed CSOSA of the following information, "PO attempted telephone contact at 202-421- 7259 on 08/15/2022, text message left due to no answer. PO attempted to contact offender on 09/09/2022 at 202-421-7259, number disconnected. PO attempted to contact offender at 5795 Tacoma Rd. Apt A Columbus, OH 43229, no answer, card left. Offender has a black 2012 Mercedes with plate JVN2978 registered to him, car not in lot during attempted face-to-face visit. PO attempted to contact place of employment, no answer at number provided and unable to leave message. Offender is not currently at the Franklin County jail and there are no active incarcerations for offender in VineLink. The offender's whereabouts are unknown."

***Alleged Violation #2: Failed To Obey All Laws*** On 08/15/2022, Ohio Probation received a probation alert regarding incident where offender was found by Columbus Police slumped behind a steering wheel; per report, offender was potentially overdosing. Per Affidavit in Support of Probable Cause, offender attempted to hide or dispose of suspected drugs. Offender was charged with F5 possession/drug abuse on Franklin County case 21CRA011664; case was dismissed on 08/17.

***Alleged Violation #3: Failed to Complete a Traffic Alcohol Program*** The offender failed to provide documentation verifying that he completed a Traffic Alcohol Program.

***Alleged Violation #4: Failed to Pay VVC by March 1, 2022***
The offender has an outstanding balance of $50.00

## CASE SUMMARY:

On July 3, 2022, the offender reported to CSOSA as directed. At that time he was given an overview of the probation process and his special conditions and he was able to ask questions; all questions were answered. Additionally, it was determined that his case was eligible for transfer to the state of Ohio for continued supervision. The offender was supervised by CSOSA until his case was accepted by Ohio on January 13, 2022.

*Court Services and Offender Supervision Agency*      *Scott, Antoine*      *Page 3 of 5*

On September 9, 2022, Ohio probation submitted the following Violation Report, *"On 08/15/2022 PO received probation alert regarding incident where offender was found by Columbus Police slumped behind a steering wheel; per report, offender was potentially overdosing. Per Affidavit in Support of Probable Cause, offender attempted to hide or dispose of suspected drugs. Offender was charged with F5 possession/drug abuse on Franklin County case 21CRA011664; case was dismissed on 08/17. PO attempted to obtain police report from CPD and was only able to obtain Affidavit and Complaint. PO attempted telephone contact at 202-421-7259 on 08/15/2022, text message left due to no answer. PO attempted to contact offender on 09/09/2022 at 202-421-7259, number disconnected. PO attempted to contact offender at 5795 Tacoma Rd. Apt A Columbus, OH 43229, no answer, card left. Offender has a black 2012 Mercedes with plate JVN2978 registered to him, car not in lot during attempted face-to-face visit. PO attempted to contact place of employment, no answer at number provided and unable to leave message. Offender is not currently at the Franklin County jail and there are no active incarcerations for offender in VineLink. The offender's whereabouts are unknown."*

*Court Services and Offender Supervision Agency*  *Scott, Antoine*  Page 4 of 5

RECOMMENDATION(S):

This Community Supervision Officer concludes that the offender poses a High Risk for Community Supervision because he has absconded from supervision .Therefore, this Community Supervision Officer is respectfully requesting a Show Cause Hearing.

Respectfully submitted,

Sep 14, 2022

Nina Fort
Community Supervision Officer
2101 MARTIN LUTHER KING, JR. AVE. SE 3RD FLOOR WASHINGTON DC 20020

Telephone Number: (202) 442-1223
E-mail Address: Nina.Fort@csosa.gov

**Approved by:**

Sep 14, 2022

Emanuel Lawton
Supervisory Community Supervision Officer
Telephone Number: (202) 442-1066
E-mail Address: emanuel.lawton@csosa.gov

Elizabeth Powell
Branch Chief
Phone: (202) 442-1275
E-mail Address: Elizabeth.Powell@csosa.gov

Please send all inquiries to the CSO listed above

*Court Services and Offender Supervision Agency*　　　*Scott, Antoine*　　　*Page 5 of 5*

cc: File

| Interstate Commission for Adult Offender Supervision | **VIOLATION REPORT REQUIRING RETAKING** |
|---|---|

| To: District of Columbia | Date: 09/12/2022 | Type of supervision:<br>☐ Parole<br>☒ Probation | Is this case:<br>☐ Sex Offender<br>☐ Victim sensitive |
|---|---|---|---|
| From: Ohio | Phone #: 614-387-0809 | Fax #: 614-728-9946 | |

### OFFENDER INFORMATION

| Offender's full name (last, first, MI): Scott, Antwon Thomas | ICOTS Offender Number: 1133616<br>Sending state #: 489-805<br>Receiving state #: | ICOTS Case Number: 1567176 |
|---|---|---|

AKA: Antoine Thomas Scott, Antione Scott

| SS #: 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 | FBI #: (if available) 465410JB4 | Sex: M | Race: Black | DOB: 02/01/1979 |
|---|---|---|---|---|

### TYPE OF REPORT
☒ Original Report    ☐ Addendum to Original Report

### TYPE OF VIOLATION
☐ Behavior Requiring Retaking    ☐ New Violent Crime Conviction
☐ New Felony Conviction
☒ Absconder (1)

### RETAKING OBLIGATION
☐ Sending State Discretion
☒ Mandatory

### RECOMMENDATION
☒ Warrant requested
☐ Return to sending state

### VIOLATION INFORMATION
**ABSCONDER INFORMATION**

| Violation Discovery Date: 09/09/2022 | Last Attempted Field Contact at Residence: 09/09/2022 | Last Field Contact at Residence: N/A |
|---|---|---|
| Last Contact with Place of Employment: 09/09/2022 | Last Contact with Known Family Members or Collateral Contacts: N/A | |

Determination of Absconding Details: On 08/15/2022 PO received probation alert regarding incident where offender was found by Columbus Police slumped behind a steering wheel; per report, offender was potentially overdosing. Per Affidavit in Support of Probable Cause, offender attempted to hide or dispose of suspected drugs. Offender was charged with F5 possession/drug abuse on Franklin County case 21CRA011664; case was dismissed on 08/17. PO attempted to obtain police report from CPD and was only able to obtain Affidavit and Complaint. PO attempted telephone contact at 202-421-7259 on 08/15/2022, text message left due to no answer. PO attempted to contact offender on 09/09/2022 at 202-421-7259, number disconnected. PO attempted to contact offender at 5795 Tacoma Rd. Apt A Columbus, OH 43229, no answer, card left. Offender has a black 2012 Mercedes with plate JVN2978 registered to him, car not in lot during attempted face-to-face visit. PO attempted to contact place of employment, no answer at number provided and unable to leave message. Offender is not currently at the Franklin County jail and there are no active incarcerations for offender in VineLink. The offender's whereabouts are unknown.

Attachment List: Affidavit - AntwonScottAffidavit.pdf, Complaint - AntwonScottComplaint.pdf, Police Report Request - AntwonScottPoliceReportRequest.pdf, Dismissal - AntwonScottDismissal.pdf

### LOCATION/AVAILABILITY INFORMATION
Available for Retaking:    ☐ Yes    ☒ No

| ☐ In Custody | ☐ Not in Custody |
|---|---|
| Contact: <br> Facility Name: <br> Address: <br> City: <br> State: <br> Zip: <br> Phone: <br> Fax: | ☐ Offender not taken into custody <br> ☐ Released on Bond <br>   Bond Amount:  $0 <br>   Name of Court: <br> ☐ Released on Own Recognizance <br> ☐ Released on supervision pending a warrant |

**Reason for Unavailability:**
☐ Offender has been sentenced and incarcerated
  Term:  years  months  days
☐ Waiting for disposition of new charges
[X] Whereabouts unknown

### ADDITIONAL LOCATION/AVAILABILITY INFORMATION

Comments:
No answer at APA approved address. Registered vehicle is 2012 black Mercedes with plate JVN2978

Attachments:

### PROBABLE CAUSE INFORMATION

| ☐ Probable cause found <br> ☐ No probable cause found <br> [X] No determination at this time | Signed Waiver: ☐ Yes [X] No <br> Attachments: | Hearing Date: |
|---|---|---|

### CURRENT RESIDENCE

Address: 5795 Tacoma Road #A

| City: Columbus | State: OH | Zip: 43229 |
|---|---|---|

Offender resides with name, relationship:

| Antwone Scott (SELF) | other |
|---|---|

### EMPLOYMENT STATUS

Offender's employment: Ameri Cold

| Employer's street address: 2350 New World Drive | City: Columbus | State: OH | Zip: 43207 | Telephone #: 805-296-4140 |
|---|---|---|---|---|

Offender's employment: Ameri Cold

| Employer's street address: 2350 New World Drive | City: Columbus | State: OH | Zip: 43207 | Telephone #: 805-296-4140 |
|---|---|---|---|---|

### OTHER REPORTED VIOLATIONS

| Type of Violation | Date of Original Report | Addendum Date | Response Date |
|---|---|---|---|
| There are no previously reported violations | | | |

**SEE ICOTS FOR ADDITIONAL PREVIOUS REPORTS**

| Supervising Officer/Location: <br> Brandi Glore | Date: <br> 09/12/2022 | Compact Administrator / Designee: <br> Suzanne Brooks | Date: <br> 09/12/2022 |
|---|---|---|---|

## IN THE FRANKLIN COUNTY MUNICIPAL COURT

State of Ohio,          2022 CR A 011664

    Plaintiff,     VS.     FELONY-DRUG POSS/ABUSE

ANTIONE SCOTT

### MOTION TO DISMISS PENDING FELONY

The undersigned Franklin County Prosecutor moves the court to dismiss this matter because:

☐ The Franklin County Grand Jury has returned an indictment against the defendant on this matter on _____

☒ This matter is dismissed at the request of the Franklin County Prosecutor.

08/17/2022
_____
Date                Franklin County Prosecutor

FILED 22 AUG 17 AM 9:55

### Entry

This matter was scheduled for a preliminary hearing. The court makes the following findings:

☐ Preliminary Hearing waived, defendant bound over to Franklin County Grand Jury.

☒ Case dismissed at the request of the Prosecutor:
    ☐ Defendant indicted by the Grand Jury.
    ☒ Case dismissed.

☐ Preliminary hearing held and
    ☐ Probable cause found, defendant bound over to Franklin County Grand Jury.
    ☐ Probable cause not found - case dismissed.

Further, _____

08/17/2022
8/17/22
_____
Date                Judge

# Franklin County Municipal Court

Lori M. Tyack, Clerk of Court 375 S. HIGH ST., COLUMBUS, OHIO 43215

State of Ohio
County of Franklin
City of Columbus } V: _____Antione Scott_____
DEFENDANT

OTHER JURISDICTION

FILED
22 AUG -6 PM 4:57
TIME STAMP

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at Franklin County / Columbus, Ohio, on or about the 6th day of August, 20 22 did:

Knowingly (obtain or possess or use) a controlled substance, included in Schedule II, to wit: Cocaine (or a compound, mixture, preparation, or substance containing Cocaine), in an amount less than five grams, to wit: 1 gram

in violation of section 2925.11  ☐ City Code  ☐ Misdemeanor
                                 ☒ O.R.C.   , a ☒ Felony of the 5th degree.

Complainant _[signature]_  Wes R. Hettinger  1834
SIGNATURE              PRINT FULL NAME     BADGE NUMBER

Columbus Police Department / Gun Crimes Unit   Columbus   Ohio   43215
ADDRESS OF AGENCY & ASSIGNMENT                  CITY       STATE   ZIP CODE

Sworn to and subscribed before me, this 22nd day of December, 20 21

Lori M. Tyack
Clerk of the Franklin County Municipal Court
By _[signature] Brett ___ 2025_
CLERK / DEPUTY CLERK / NOTARY PUBLIC / PEACE OFFICER

NO SEAL

Notary Seal & Expiration Date

☐ **ARREST WARRANT**
To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named defendant and bring him/her before the Franklin County Municipal Court without unnecessary delay, to answer to the complaint hereon. WHEN APPLICABLE, IN ACCORDANCE TO CRIMINAL RULE #4, THE WARRANT HAS BEEN ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE BAIL PROVISION CRIMINAL RULE 46 SHALL APPLY. ARRAIGNMENT COURT IS HELD IN COURTROOM 4C AT 9:00 AM, MONDAY THROUGH FRIDAY.

Lori M. Tyack
Clerk of the Franklin County Municipal Court
Slate # _____ Control # _____
By _____
DEPUTY       DATE

Complaint Number: **MW139284**  Issuing Officer: Wes R. Hettinger  Badge Number: 1834
Case No. 11644/22
☒ SUMMONS
☐ WARRANT
☐ MISDEMEANOR CITATION

Charge: Possession of Cocaine
Section Number: 2925.11  ☐ City Code ☒ O.R.C.  Offense Date: 08/06/2022  Offense Time: 2:41 AM
Offense Location: Easton Way & Stelzer Road   Suspect Cruiser Dist: 180

Name: Scott   Antione
      LAST    FIRST    MIDDLE
Street: 5795 Tacoma Road Apt A
City: Columbus   State: Ohio   Zip: 43229
SEX: M  RACE: Blk  HGT: 5'10"  WGT: 240  HAIR: Black  EYES: Brown
DOB: 02/01/1979  S.S.#
DL/I.D.#: TH875615-OH
22057233

GCU 2022-0847

☒ **SUMMONS:** Read Notice #1 on reverse side.
You MUST appear in courtroom 4C ☒ or 15C ☐ on the date and time indicated. I personally served the Defendant a copy of this Summons on 08/06/2022. Signature _[signature]_
Type of SUMMONS Service Requested:
☐ Personal   ☐ Certified Mail

☐ **CITATION:** Read Notice #2 on reverse side.
Court appearance is OPTIONAL. You may contest this citation by appearing in COURTROOM 4C ☐ COURTROOM 15C ☐ on the date and time indicated.

**COURT DATE & TIME**
| 08/ | 17 | 2022 | 9 • 00 AM |
| MONTH | DAY | YEAR | TIME |

X _[signature]_
This is not an admission of guilt. An ARREST WARRANT will be issued if you do not properly respond to this charge.

8/01   ORIGINAL/COURT COPY

## Authorization for Complaint

To the Clerk of Court:

I hereby authorize the complainant ______________________________ to file this complaint.

______________________________
Prosecutor/Police Supervisor    Date

## Request for Warrant

To the Clerk of Court:

If you determine that the criminal complaint establishes probable cause, please issue an arrest warrant pursuant to applicable Court rules:

______________________________
Prosecutor/Police Supervisor    Date

## Clerk's Determination of Probable Cause

Pursuant to applicable Court rules, the undersigned deputy clerk has reviewed the complaint on the reverse hereof and determined:

☐ Probable cause found

- ☐ Summons to issue
- ☐ Warrant to issue

☐ No probable cause found. Refer matter to Duty Judge for determination.

______________________________
Deputy Clerk    Date

## Clerk's Determination of Probable Cause

### JUDGEMENT ENTRY

Pursuant to applicable Court rules, the undersigned judge reviewed the complaint on the reverse hereof and determined:

☐ Probable cause found

- ☐ Summons to issue
- ☐ Warrant to issue

☐ No probable cause found. The Clerk is ordered not to accept the compliant for filing. No process to issue.

______________________________
Judge    Date